. . . The Jury . . . founde for the Defend[t] costs of Court being twenty Four Shillings & ten pence.

Execucion issued May. 1676.

[A copy is in S. F. 1576.]

### PROCTER ag[t] GLOVER

Samuel Procter plaint. ag[t] John Glover Defend[t] The plaint. withdrew his accion.

### BRIGGS ag[t] GIFFARD

Abraham Briggs plaint. ag[t] John Giffard Defend[t] in an action of debt of twenty one pounds or thereabouts due by Booke as may more fully appeare with all other due damages according to attachm[t] dat. February. 22° 1675. . . . The Jury . . . founde for the plaint. Nineteen pounds & seven pence the ballance of the Acc° & costs of Court being twenty Six Shillings & two pence. The Defend[t] appealed from this judgement unto the next Court of Assistants & himselfe principall in £40. & Hudson Leverett & Nathan[ll] Williams Sureties in £.20. [a]peice acknowledged themselves respectiuely bound . . . on condition the sd. John Giffard should prosecute his appeale . . .

[ Two bills of cost are in S. F. 1482.2, 3; the confirmation by the Court of Assistants is in its printed Records, i. 65–6. Gifford's Reasons of Appeal (S. F. 1482.4) follow:

John Giffard his Grounds And Reasons of Appeale from the Countye Court of Boston in aprill last in that Action of m[r] Abraham Brig[gs] pl[t] and John Giffard Def[t] to this honored Court of Assistance setting in Boston:

That whereas M[r] Abraham Briggs Commenst his action in Law against the then def[t] Giffard for twentye pou[nds] that he should haue delivered the Sayd Giffard. The Now pl[t] Giffard apprehending that the iurye did not Soe fully vnderstand his plees then made gaue occasion for his appeale to this honored Court. viz

Imp[rs] The law provideing that any debt due by bill assigned. shalbe as good a debt and Estate to the assigne as it was to the assigner. and lawful to be sued for and recovered as fully as the orriginall Creditor might haue done.

By which law the sayd Giffard apprehends himse[lf] cleared fr [torn] manded by [torn] Briggs. Because that the sayd Briggs desired, that for his pay the Sayd Giffard would assigne ouer vnto him a bill of sixteene pound reddy Cash and another bill of fortye foure pounds odd money. which the Sayd Giffard did the Sayd Briggs to returne the ouer plus, all which lyes at this instant of time in the hands of the Sayd Briggs and the sayd Giffard dissposest there of, wherefore Giffard apprehends himselfe vniustly molested by the sd Briggs when he hath abundantly more made ouer to him for his pay then his debt comes vnto.